# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 18-45062-659 |
| | ) | |
| JESSIE FAYE PENNELL | ) | Chapter 13 |
| | ) | |
| | ) | |
| **Debtor** | ) | |

## LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT

    Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011. The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

JESSIE FAYE PENNELL  
9547 GENTRY AVE                                                                                             $1,236.83  
SAINT LOUIS, MO  63125  
00000

Dated: June 28, 2019                                                              /s/ Diana S. Daugherty  
UNCLFUNDS--JS                                                                    Diana S. Daugherty  
                                                                                    Standing Chapter 13 Trustee  
                                                                                    P.O. Box 430908  
                                                                                     St. Louis, MO  63143  
                                                                                     (314) 781-8100  Fax: (314) 781-8881  
                                                                                     trust33@ch13stl.com